# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147682

RYAN KENDRICK NICHOLS,
        Plaintiff-Appellant,

v

LAKELAND CORRECTIONAL FACILITY
WARDEN,
        Defendant-Appellee.

SC:  147682
COA:  314552
Branch CC:  11-010582-AH

_____/

      On order of the Court, the application for leave to appeal the August 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

s1118